UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -against-

                                                                                                        20 -CR- 366   ( NSR ) ( )

JEFFREY JOHNSON

                                          Defendant(s).
-------------------------------------------------------------------X

Defendant _____JEFFREY JOHNSON_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X__    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_s/ Jeffrey Johnson by JCM_                         _s/ Deveraux Cannick by JCM_
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jeffrey Johnson_                                                   _Deveraux Cannick_
Print Defendant's Name                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_8/7/2020_                                                     _Judith C. McCarthy_
Date                                                           U.S. District Judge/U.S. Magistrate Judge