# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

September 15, 2020

The application is ☒ granted.
☐ denied.

Nelson S. Román, U.S.D.J.
Dated: Sept 22, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate
the motions (docs. 14 and 15).

**MEMO ENDORSED**

**VIA ECF**
Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Jeffrey Johnson**
**7:20-cr-00366-UA-2**

Dear Honorable Judge Roman:

On behalf of our client, Jeffery Johnson, we seek permission to join defendant Allen's request as it pertains to the composition of the Grand and Petit Jury venires.

Thank you in advance for your consideration.

Respectfully submitted,

/s/ Deveraux L Cannick
Deveraux L. Cannick

DLC/ad

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2020