```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JEFFREY JOHNSON,

                    Defendant.

No. 20-cr-366-2 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Based on a review of the docket, which reveals that the instant criminal action was commenced approximately eight months ago, the defendant is charged with a felony, the defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement, and the defendant is anxious to enter a plea so he may move forward with his life, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Jeffrey Johnson can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Jeffrey Johnson be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 36.

Dated:    March 9, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge