USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/18/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

        USA,

        - against -

JEFFREY JOHNSON,

                      Defendant(s).

------------------------------------------------------x

**SCHEDULING ORDER**

S1 20 Cr. 366-02 (NSR)

ROMÁN, D.J.:

        **The in-person Sentencing for the above Defendant is scheduled for June 22, 2021 at 10:00 am in Courtroom 521.**

        In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:    White Plains, New York
              June 18, 2021

_____
Hon. Nelson S. Román, U.S.D.J.